NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROXANN J. FRANKLIN-MASON,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2016-1985

———————————

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00640-SGB, Chief Judge Susan G. Braden.

———————————

**JUDGMENT**

———————————

LISA ALEXIS JONES, Lisa Alexis Jones, PLLC, New York, NY, argued for plaintiff-appellant.

COURTNEY D. ENLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 14, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court